UNITED STATES DISTRICT COURT **ORIGINAL**
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

JESSE WILSON

)   **05** CR **10218** R**CL**
)   CRIMINAL NO.
)   VIOLATIONS:
)   18 U.S.C. § 922(g)(1)-
)   Felon in Possession of
)   Firearm and Ammunition
)

INDICTMENT

COUNT ONE:    (18 U.S.C. § 922(g)(1)- Felon in Possession
of Firearm and Ammunition)

The Grand Jury charges that:

On or about July 21, 2005, at Brockton, in the District of
Massachusetts,

JESSE WILSON,

defendant herein, having previously been convicted in a court of
a crime punishable by imprisonment for a term exceeding one year,
did knowingly possess, in and affecting commerce, a firearm,
to wit: an H&R .22 revolver, bearing serial number R26623,
seven live rounds of .22 caliber ammunition and one spent shell
casing.

All in violation of Title 18, United States Code, Section
922(g)(1).

**A TRUE BILL**

_Carol Shirley_

Foreperson of the Grand Jury

Glenn MacKinlay
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS:                August 24, 2005

Returned into the District Court by the Grand Jurors and filed.

_Thomas F. Queen_

Deputy Clerk
8/24/05          2:21pm

JS 45 (5/97) - (Revised USAO MA 6/29/04)
**05 CR 10218 RCL**
**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Brockton           **Category No.** II           **Investigating Agency** ATF

**City** Brockton                    **Related Case Information:**

**County** Plymouth                 Superseding Ind./ Inf. _____ Case No. _____
                                     Same Defendant _____ New Defendant _____
                                     Magistrate Judge Case Number _____
                                     Search Warrant Case Number _____
                                     R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Jesse Wilson                          Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address   475 Massachusetts Avenue, Boston, MA _____

Birth date (Year only):  80    SSN (last 4 #):  6793  Sex  M  Race: _____ Nationality: _____

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  Mark J. Balthazard              **Bar Number if applicable**  544463

**Interpreter:**     ☐ Yes  ☒ No       **List language and/or dialect:** _____

**Matter to be SEALED:**    ☐ Yes   ☐ No

        ☒ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☒ Already in State Custody _____   ☐ Serving Sentence   ☒ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____   on _____

**Charging Document:**     ☐ Complaint          ☐ Information          ☒ Indictment

**Total # of Counts:**     ☐ Petty _____     ☐ Misdemeanor _____   ☒ Felony   1

                    **Continue on Page 2 for Entry of U.S.C. Citations**

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

**Date:  August 24, 2005**        **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): **05** CR **1 0 2 1 8** RCL

**Name of Defendant**    Jesse Wilson

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. §922(g)(1) | Felon in possession of a firearm | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**