*AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

v.

JESSE WILSON

**WARRANT FOR ARREST**

CASE NUMBER: 05-cr-10218-RCL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Jesse Wilson___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, possessing, in and affecting interstate commerce, a firearm

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__

Catherine M. Gawlik
Name of Issuing Officer

Supervisor
Title of Issuing Officer

(Signature of Issuing Officer)

8-24-05  Boston
Date and Location

RECEIVED
MARSHAL SERVICE
BOSTON, MA
AUG 24 P 3:58

Bail fixed at $ _____ by _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at MTP

WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 9/7/2005

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.