FILED
In Open Court
USDC, Mass.
Date 11/2/05
By [signature]
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-10218-RCL

UNITED STATES OF AMERICA

v.

JESSE WILSON,
    Defendant

REPORT & ORDER ON
INITIAL STATUS CONFERENCE

ALEXANDER, M.J.

    On November 2, 2005, parties appeared before this Court for an Initial Status Conference. With regard to the following issues, the parties have represented that:

1. Unusual or complex issues presented requiring early joint conference of District Judge and Magistrate Judge with attorneys ___None_____

2. Features of case that deserve special attention or modification of the standard schedule _____None_____

3. Anticipated supplemental discovery ____Photographs taken of firearm, automobile and related matters at time of arrest_____

4. Discovery concerning expert witnesses pursuant to Fed. R. Crim. P. 16(a)(1)(E) & 16(b)(1)(C) _background and supporting information concerning witnesses on interstate transportation of firearm and ballistics.

5. Applicable periods of excludable delay under Speedy Trial Act ___9/7-9/21 (defendant's motion to continue detention hearing until hearing held); 9/21-10/20 (period during which government's detention motion was under advisement by the court); 10/31-11/2 (continuance of initial status conference at defendant's request)____

_____
_____

6. Trial is anticipated. Estimated duration of trial
____3days._____.

7. Other matters ____Government anticipates seeking a superseding indictment to correct numerical error in indictment _____

_____
_____
_____.

    IT IS HEREBY ORDERED THAT

A motion date pursuant to Fed. R. Crim. P. 12(c) has / has not been established. The motion date is set for
_____.

An Interim Status Conference has / has not been scheduled. The Interim Status Conference will be held at _____ on _____ in _____ courtroom.

A Final Status Conference will be held at _____ on _____ in _____ courtroom.

**Pursuant to LR 116.5(C), parties shall confer and, not later than three (3) business days before the Final Status Conference, prepare and file a joint Final Status Conference Memorandum.**

Additional Orders:

**Parties shall meet prior to the Initial Status Conference in order to respond to the above stated inquiries.**

                                                          By the Court,

Date  11/2/05              _____
                                          Deputy Clerk