UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

NO. 05 CR 10218

V.

JESSE WILSON

## MOTION TO CONTINUE STATUS CONFERENCE AND EXTEND MOTION FILING DEADLINE

NOW COMES the accused, Jesse Wilson, by and through counsel, and hereby moves this Court to continue his December l5, 2005 final status conference and extend the Motion filing deadline to December 29, 2005.

In support of this Motion, the accused states as follows:

1. The accused is scheduled to appear in this Court on December l5, 2005 for a final status conference. In addition, the Motion filing deadline is December l5, 2005.

2. However, the undersigned counsel has a previously scheduled trial in the Merrimack District Court in New Hampshire in the case of State v. Massua and a hearing in the Peabody District Court in the case of Commonwealth v. Hobson.

3. In addition, due to the undersigned counsel's trial schedule additional time is required in order to prepare and file motions in this matter.

4. That the accused is aware of the within Motion.

5. That the United States Attorney's Office assents to the within Motion.

6. That no memorandum of law is necessary.

7. That the accused waives his speedy trial rights.

WHEREFORE, the accused respectfully requests that this Court grant the within Motion.

                              Respectfully submitted,
                              Jesse Wilson,
                              By his Attorney,

Date:  December 14, 2005       /S/   Paul J. Garrity
                              Paul J. Garrity
                              14 Londonderry Road
                              Londonderry, NH 03053
                              (603)434-4l06
                              Bar No. 555976

## CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that a copy of the within was e filed this 14th day of December, 2005 to the United States Attorney's Office and mailed, postage prepaid, to Jesse Wilson.

                              /S/   Paul J. Garrity
                              Paul J. Garrity