UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 05-10218-RCL |
| v. ) | VIOLATIONS: |
| ) | 18 U.S.C. § 922(g)(1)- |
| JESSE WILSON ) | Felon in Possession of |
| ) | Firearm and Ammunition |
| ) | |

SUPERSEDING INDICTMENT

COUNT ONE:    (18 U.S.C. § 922(g)(1)- Felon in Possession
of Firearm and Ammunition)

The Grand Jury charges that:

On or about July 21, 2005, at Brockton, in the District of Massachusetts,

JESSE WILSON,

defendant herein, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: an H&R .22 revolver, bearing serial number R25623, seven live rounds of .22 caliber ammunition and one spent shell casing.

All in violation of Title 18, United States Code, Section 922(g)(1).

**A TRUE BILL**

*[signature]*
Foreperson of the Grand Jury
Deputy

*[signature]*

Mark J. Balthazard
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS:                    January 11, 2006

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk @ 12:00PM,
1/11/06

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** Brockton  **Category No.** II  **Investigating Agency** ATF

**City** Brockton  **Related Case Information:**

**County** Plymouth

Superseding Ind./ Inf.  X  **Case No.** 05-10218-RCL
Same Defendant  X  New Defendant
Magistrate Judge Case Number
Search Warrant Case Number
R 20/R 40 from District of

## Defendant Information:

**Defendant Name** Jesse Wilson  **Juvenile** ☐ Yes  ☒ No

**Alias Name**

**Address** 475 Massachusetts Avenue, Boston, MA

**Birth date (Year only):** 80   **SSN (last 4 #):** 6793   **Sex** M   **Race:**   **Nationality:**

**Defense Counsel if known:** Paul Garrity, Esq.   **Address:** 14 Londonderry Rd.
Londonderry, NH 03053

**Bar Number:**

## U.S. Attorney Information:

**AUSA** Mark J. Balthazard   **Bar Number if applicable** 544463

**Interpreter:** ☐ Yes ☒ No   **List language and/or dialect:**

**Matter to be SEALED:** ☐ Yes ☒ No

☐ Warrant Requested   ☐ Regular Process   ☒ In Custody

## Location Status:

**Arrest Date:**

☒ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____   ☐ Serving Sentence   ☒ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** January 11, 2006   **Signature of AUSA:** [signature]

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Jesse Wilson

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. §922(g)(1) | Felon in possession of a firearm | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**