UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-10218-RCL

UNITED STATES OF AMERICA

v.

JESSE WILSON

REPORT & ORDER ON
FINAL STATUS CONFERENCE

ALEXANDER, M.J.

On January 11, 2006, the parties appeared before this Court for a Final Status Conference. With regard to the following issues, the parties have represented that:

1. There are no features of case that deserve special attention or modification of the standard schedule.

2. Discovery is complete and there are no pending motions.

3. Supplemental discovery anticipated ___None_____

4. (a) Total amount of time ordered excluded under the Speedy Trial Act : 117

   9/7-9/21 (defendant's motion to continue detention hearing until hearing held); 9/21-10/20 (period during which government's detention motion was under advisement by the court); 10/31-11/2 (continuance of initial status conference at defendant's request); 11/2/05-12/15/05 (period for defendant to file dispositive motions); 12/15/05-1/11/06 (continuance of final status conference requested by defendant)

   (b) Amount of time remaining under the Speedy Trial Act before trial must commence:

   **60 days remain.**

   (c) Pending or anticipated motions that will cause additional excludable time under the Speedy Trial Act ___None.

5. (a) The defendant does not intend to raise a defense of insanity.

   (b) The defendant does not intend to raise a defense of public authority.

6. The Government has not requested notice of alibi by the defendant.

7. (a) Motions to sever, dismiss, suppress, or any other motion requiring a ruling by the District Court before trial
___None.

(b) Briefing schedule established

8. Need for schedule concerning any matter in the case other than trial _____ Arraignment of Wilson on superseding indictment.

9. Possibility of early resolution of case without trial __ Unknown

10. Trial is necessary. Estimated duration of trial: _____ 3 days.

11. Other matters
___None.

IT IS HEREBY ORDERED THAT

Date 1/11/06

By the Court,

Jarrell Jveh
Deputy Clerk

2