UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | **Criminal No. 05-10218-RCL** |
| ) | |
| **JESSE WILSON** ) | |
| ) | |
| ) | |

**MOTION TO SCHEDULE ARRAIGNMENT**

The government hereby moves this Court to schedule an arraignment on the Superseding Indictment which was returned on January 11, 2006.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Mark J. Balthazard
MARK J. BALTHAZARD
Assistant U.S. Attorney

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 19, 2006.

 /s/ Mark J. Balthazard
MARK J. BALTHAZARD
Assistant U.S. Attorney