UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No. 05-10218-RCL |
| | ) | |
| **JESSE WILSON** | ) | |
| | ) | |

**MOTION FOR ORDER OF EXCLUDABLE DELAY**
**FROM JANUARY 19, 2006 TO DATE OF ARRAIGNMENT**

The government moves for entry of an order of excludable delay for the period beginning on January 19, 2006 until the Court holds an arraignment on the recently returned Superseding Indictment. As grounds therefor, the government states that on January 19, 2006 it filed a Motion to Schedule Arraignment, which requested that the Court schedule an arraignment. The time is therefore excludable, pursuant to 18 U.S.C. §3161(h)(1)(F), because it involves "delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion."

For these reasons, the government moves that the Court enter an order excluding the period from January 19, 2006 until the

Court acts on this motion by holding an arraignment.

                                   Respectfully submitted,

                                   MICHAEL J. SULLIVAN
                                 United States Attorney

                     By:   /s/ Mark J. Balthazard
                                 MARK J. BALTHAZARD
                                 Assistant U.S. Attorney

### Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 19, 2006.

                                   /s/ Mark J. Balthazard
                                   MARK J. BALTHAZARD
                                   Assistant U.S. Attorney