UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNTIED STATES OF AMERICA

V.                                                                NO. 05 10218 RCL

JESSE WILSON

## MOTION TO CONTINUE

NOW COMES the accused, Jesse Wilson, by and through counsel, and hereby moves this Court to continue his February 8, 2006 pretrial to February l0, February l4 (morning) or February l6 (early afternoon), 2006.

In support of this Motion, the accused states as follows:

1. That the accused is scheduled to appear in this Court on February 8, 2006 for a pretrial conference.

2. That the undersigned counsel has three trials in the Derry District Court at l2:45 p.m. on said date in the cases of <u>State v. Kusiak</u>, <u>State v. Burke</u> and <u>Harris v. Harris.</u>

3. That the accused is aware of the within Motion.

4. That the United States Attorney's Office assents to the within Motion.

5. That no Memorandum of Law is necessary.

6. That the accused waives his right to a speedy trial.

      WHEREFORE, the accused respectfully requests that this Court grant the within Motion.

                              Respectfully submitted,
                              Jesse Wilson,
                              By his Attorney,

Date:  February 7, 2006             /S/    Paul J. Garrity
                              Paul J. Garrity
                              14 Londonderry Road
                              Londonderry, NH 03053
                              (603)434-4l06
                              No. 555976

                    CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 7th day of February, 2006, a copy of the within was e filed to the United States Attorney's Office and mailed, postage prepaid, to Jesse Wilson.

                              /S/    Paul J. Garrity
                              Paul J. Garrity