## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
  )
            v. )     Criminal No. 05-10218-RCL
  )
JESSE WILSON )
  )

## JOINT MOTION FOR ORDER OF EXCLUDABLE DELAY
## FROM MARCH 15, 2006 THROUGH JUNE 22, 2006 AND
## FROM JUNE 22, 2006 THROUGH JULY 31, 2006

The United States of America, by and through its attorneys, Michael J. Sullivan, U.S. Attorney for the District of Massachusetts, and Mark J. Balthazard, Assistant U.S. Attorney, and Paul J. Garrity, counsel for the Defendant, hereby move this court to exclude the following periods of time:

(1) March 15, 2006 (date of filing of defendant's motion to suppress evidence) until June 22, 2006 (date of court's order denying the motion). The parties agree that the time is excludable pursuant to 18 U.S.C. §3161(h)(1)(F), because it involves "delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion."

(2) June 22, 2006 (date that court, *sua sponte*, issued a notice of a Pretrial Conference) until July 31, 2006 (date of Pretrial Conference). The parties agree that the time is

1

excludeable pursuant to 18 U.S.C. §3161(h)(8)(A).

                                        Respectfully submitted,

For the Defendant:                      MICHAEL J. SULLIVAN
                                        United States Attorney

/s/ Paul J. Garrity                     By: /s/ Mark J. Balthazard
PAUL J. GARRITY, ESQ.                   MARK J. BALTHAZARD
14 Londonderry Road                     Assistant U.S. Attorney
Londonderry, NH

## Certificate of Service

    I hereby certify that this document filed through the ECF
system will be sent electronically to the registered participants
as identified on the Notice of Electronic Filing (NEF) and paper
copies will be sent to those indicated as non registered
participants on June 27, 2006.

                                        /s/ Mark J. Balthazard
                                        MARK J. BALTHAZARD
                                        Assistant U.S. Attorney