UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNTIED STATES OF AMERICA

V.                                                                    NO. 05 10218 RCL

JESSE WILSON

## MOTION TO CONTINUE

NOW COMES the accused, Jesse Wilson, by and through counsel, and hereby moves this Court to continue his September 2l, 2006 hearing to November 29, 2006 at 2:30 p.m.

In support of this Motion, the accused states as follows:

1. That the accused is scheduled to appear in this Court on September 2l, 2006 for a hearing.

2. However, the undersigned counsel has a Rockingham Superior Court jury trial in the case of State v. Pelletier the week of September l8, 2006. Jury selection is scheduled for September l8, 2006 at 9 a.m. and the trial is expected to last three to four days.

3. That the accused is aware of the within Motion and hereby waives his speedy trial issues.

4. That the United States Attorney's Office assents to the within Motion.

5. That no Memorandum of Law is necessary.

WHEREFORE, the accused respectfully requests that this Court grant the within Motion.

    Respectfully submitted,
    Jesse Wilson,
    By his Attorney,

Date:  September 11, 2006    /S/    Paul J. Garrity
    Paul J. Garrity
    14 Londonderry Road
    Londonderry, NH 03053
    (603)434-4l06
    No. 555976

## CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 11th day of September, 2006, a copy of the within was e filed to the United States Attorney's Office and mailed, postage prepaid, to Jesse Wilson.

    /S/    Paul J. Garrity
    Paul J. Garrity