UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNTIED STATES OF AMERICA

V.                                                          NO. 05 10218 RCL

JESSE WILSON

MOTION TO CONTINUE

NOW COMES the accused, Jesse Wilson, by and through counsel, and hereby moves this Court to continue his November 29, 2006 plea hearing to January 24, January 25, January 3l all at 2:30 p.m. or February l, 2007 at 2:30 p.m.

In support of this Motion, the accused states as follows:

1. That the accused is scheduled to appear in this Court on November 29, 2006 for a plea hearing.

2. On September ll, 2006 the undersigned counsel filed a previous Motion to Continue in the above matter requesting a November 29, 2006 date. That on Friday, September 8, 2006 by e filing, the United States District Court for the District of New Hampshire scheduled a sentencing hearing in the case of U.S. v. Aleman (Docket No. 98 CR 22) for November 29, 2006 at l:30 p.m. The undersigned counsel did not receive the e filing until the end of the day on September ll, 2006.

3. That the accused is aware of the within Motion and all time will be excluded.

4. That the United States Attorney's Office assents to the within Motion.

5. That no Memorandum of Law is necessary.

6. That through inadvertence, accident or mistake the undersigned counsel did not request a continuance in this matter earlier.

WHEREFORE, the accused respectfully requests that this Court grant the within Motion.

>Respectfully submitted,
>Jesse Wilson,
>By his Attorney,

Date:  November 16, 2006

/S/     Paul J. Garrity
Paul J. Garrity
14 Londonderry Road
Londonderry, NH 03053
(603)434-4l06
No. 555976

## CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 16th day of November, 2006, a copy of the within was e filed to the United States Attorney's Office and mailed, postage prepaid, to Jesse Wilson.

/S/     Paul J. Garrity
Paul J. Garrity