UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNTIED STATES OF AMERICA

V.                                                                                          NO. 05 10218 RCL

JESSE WILSON

## MOTION TO CONTINUE

NOW COMES the defendant, Jesse Wilson, by and through counsel, and hereby moves this Court to continue his June 27, 2007 sentencing hearing to July 11, July 12, July 16 or July 19, 2007 in the afternoon.

In support of this Motion, the accused states as follows:

1. That the defendant is scheduled to appear in this Court on June, 2007 for sentencing.

2. However, the undersigned counsel was informed by the Hillsborough South Superior Court on June 13, 2007 that he was to commence a jury trial in the case of State v. Larocque on June 26, 2007. Mr. Larocque's trial is expected to last three days.

3. The undersigned counsel will be out of State on vacation with his family on June 29, July 2, July 21 to July 28 and August 1 to August 7, 2007.

4. That the United States Attorney's Office assents to the within Motion.

5. That no Memorandum of Law is necessary.

WHEREFORE, the accused respectfully requests that this Court grant the within Motion.

                                        Respectfully submitted,
                                        Jesse Wilson,
                                        By his Attorney,

Date:  June 18, 2007                  /S/    Paul J. Garrity
                                        Paul J. Garrity
                                        14 Londonderry Road
                                        Londonderry, NH 03053
                                        (603)434-4106
                                        No. 555976

### CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 18th day of April, 2007, a copy of the within was e filed to the United States Attorney's Office and mailed, postage prepaid, to Jesse Wilson.

                                        /S/    Paul J. Garrity
                                        Paul J. Garrity