UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Criminal No. 05-10218-RCL |
| ) | |
| **JESSE WILSON** ) | |
| ) | |
| ) | |

### ASSENTED TO MOTION TO CONTINUE SENTENCING TO SEPTEMBER 5, 2007

The government hereby moves, with the oral assent of counsel for defendant Jesse Wilson, to continue for two weeks - until September 5, 2007 - the recently rescheduled sentencing hearing. As grounds therefor, the government states the following:

Wilson's sentencing had been scheduled to take place on June 27, 2007. On June 19, 2007, Wilson moved, with the assent of the government, to continue his sentencing because his attorney was scheduled to be trying a jury case in another court on that date. The Court allowed Wilson's motion and scheduled the sentencing for August 23, 2007.

The attorney for the government, who has been assigned to this case since it was indicted in August 2005, has previously-scheduled annual leave on August 23 and will be unavailable to appear in court on that date. Counsel for Wilson has assented to this request for a short continuance, which will permit the government continuity of counsel. Counsel for Wilson advises that he is available on the date requested, September 5, 2007.

1

For all the above reasons, the government respectfully requests that the Court continue the sentencing to September 5, 2007.

                          Respectfully submitted,

                          MICHAEL J. SULLIVAN
                          United States Attorney

By:   /s/ Mark J. Balthazard
       MARK J. BALTHAZARD
       Assistant U.S. Attorney

**<u>Certificate of Service</u>**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 22, 2007.

                          /s/ Mark J. Balthazard
                          MARK J. BALTHAZARD
                          Assistant U.S. Attorney