**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) |
| | ) **CRIMINAL NO. 05-10218-RCL** |
| **JESSE WILSON,** | ) |
| | ) |
| **Defendant.** | ) |

**GOVERNMENT'S MOTION UNDER §3E1.1(b) OF THE**
**UNITED STATES SENTENCING GUIDELINES**

The United States of America hereby files this Motion pursuant to §3E1.1(b) of the U.S. Sentencing Guidelines ("U.S.S.G."). The government states that the defendant Jesse Wilson has assisted authorities in the investigation and prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently. Accordingly, the government requests that if Wilson's offense level prior to any Acceptance of Responsibility reduction is 16 or greater, that the Court grant him a three-level reduction under U.S.S.G. §3E1.1.

                                                                     Respectfully submitted,

                                                                    MICHAEL J. SULLIVAN
                                                                    United States Attorney

By:   /s/ Mark J. Balthazard
        MARK J. BALTHAZARD
        Assistant U.S. Attorney

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 29, 2007.

                                                              /s/ Mark J. Balthazard
                                                            MARK J. BALTHAZARD
                                                            Assistant U.S. Attorney