UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | Criminal No. 05-10218-RCL |
| ) | |
| **JESSE WILSON** ) | |

## DISMISSAL OF INDICTMENT

Pursuant to FRCP 48(a), the United States Attorney for the District of Massachusetts, Michael J. Sullivan, hereby dismisses the Indictment returned on August 24, 2005 (docket #1), charging defendant JESSE WILSON with being a felon in possession of a firearm in violation of 18 U.S.C. §922(g)(1). In support of this dismissal, the government states that a Superseding Indictment was returned on January 11, 2006 (docket #10), charging the same offense, to which WILSON pleaded guilty on January 24, 2007 and was sentenced on November 5, 2007.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Mark J. Balthazard
MARK J. BALTHAZARD
Assistant U.S. Attorney

Leave to File Granted:

_____
Reginald C. Lindsay, Judge
United States District Court